

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00301-CV

| | | |
|---|---|---|
| In the Interest of A.S. and D.S., Children | § | From County Court at Law No. 1 |
| | § | of Parker County (CIV-12-0992) |
| | § | April 14, 2016 |
| | § | Opinion by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Mother shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Bonnie Sudderth_____
   Justice Bonnie Sudderth